*tle, Inc.*, 455 U. S. 283 (1982); *Mills* v. *Rogers*, 457 U. S. 291 (1982).

No. ———. GUARANTEED INVESTORS CORP. *v.* OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. A–576. SIMOPOULOS *v.* BALILES, ATTORNEY GENERAL OF VIRGINIA, ET AL. Application for stay of condition imposed on reinstatement of physician's medical license, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–281. IN RE DISBARMENT OF SANDS. Disbarment entered. [For earlier order herein, see 458 U. S. 1126.]

No. D–284. IN RE DISBARMENT OF FISHMAN. Disbarment entered. [For earlier order herein, see 458 U. S. 1126.]

No. D–291. IN RE DISBARMENT OF SUNDOCK. Disbarment entered. [For earlier order herein, see 458 U. S. 1128.]

No. D–300. IN RE DISBARMENT OF GRUBOR. Disbarment entered. [For earlier order herein, see *ante*, p. 985.]

No. D–307. IN RE DISBARMENT OF GARY. It is ordered that Benjamin Gary, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–308. IN RE DISBARMENT OF ODENDAHL. It is ordered that Frederick Richard Odendahl, of Monmouth, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–309. IN RE DISBARMENT OF McCLELLAN. It is ordered that Oliver Barr McClellan, of Houston, Tex., be